IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER: 18-60414-CIV-UNGARO

GRABBA LEAF, LLC, a Florida limited
liability company, and MICHAEL ANDREW
ROBINSON, an individual resident of
Florida,

    Plaintiffs,
v.

KERITH HOLLOWAY, an individual resident
of Florida, and FIRE GRABBA, a Florida
limited liability company,

    Defendants.
_____/

KERITH HOLLOWAY, an individual resident
of Florida, and FIRE GRABBA, a Florida
limited liability company,

    Counter-Plaintiffs,
v.

GRABBA LEAF, LLC, a Florida limited
liability company, and MICHAEL ANDREW
ROBINSON, an individual resident of
Florida,

    Counter-Defendants,
_____/

## REPORT OF MEDIATION

A mediation conference was held on October 17, 2018 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

_____ No agreement was reached.

_____ A partial agreement was reached.

__X__ A complete agreement was reached.

_____ The mediation was adjourned until _____.

_____  _____
Grabba Leaf, LLC        Kerith Holloway

_____  _____
Michael Andrew Robinson  Fire Grabba, LLC

_____  _____
Plaintiffs'/Counter-Defendants'   Defendants'/Counter-Plaintiffs'
Counsel                 Counsel

_____
KAREN EVANS, ESQUIRE
MEDIATOR

October 17, 2018
Date